UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**RAVENELL, et al.,**

        Plaintiffs,                              **ORDER**

   -against-                                   08-CV-2113 (SLT) (ALC)

**AVIS BUDGET GROUP, INC., et al.,**

        Defendants.
------------------------------------------------------------------X

**ANDREW L. CARTER, JR., UNITED STATES MAGISTRATE JUDGE:**

The parties have submitted two separate proposed notices and consent forms for the Court's consideration. My order is as follows:

1. The consent to join forms will be mailed to a third party administrator as described by Plaintiffs.

2. First page of the Notice, second paragraph under "Description of Lawsuit" – Plaintiffs' proposed language will be included in the notice.

3. Paragraph 3 "How can you Participate in the Lawsuit" – Plaintiffs' proposed language shall remain in the notice. The notice does not need to inform other plaintiffs that joining the lawsuit could result a change in their employment status.

4. Paragraph 5 "Effect of Joining the Lawsuit" – Plaintiffs' proposed language will be included in the notice. The notice does not need to inform the other plaintiffs about the potential discovery involved in the suit.

5. Paragraph 9 "No Opinion Expressed As to the Merits of the Lawsuit" – Defendants' proposed language will be included in the notice.

6. Consent to Join form – Plaintiffs' proposed form will be included in the notice, with one exception. The last sentence: "I also hereby designate Plaintiff's counsel…"

1

shall be changed to reflect the fifth provision of Defendants' proposed consent to join form, where it gives other plaintiffs the option to retain another attorney or represent themselves.  Plaintiffs can revise the first paragraph of Defendants' fifth provision to include counsel's information.

7. Plaintiffs may mail a second notice of lawsuit thirty days before the expiration of the opt-in period.

**SO ORDERED**

**Dated: September 29, 2010**
    **Brooklyn, New York**　　　　　　　　　　　　　　/s/ ALC
    　　　　　　　　　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　　　　　　　　　**HONORABLE ANDREW L. CARTER, JR.**
    　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**