# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | July 30, 2012 |
| **TIME:** | 4:00 P.M. |
| **DOCKET NUMBER:** | CV-08-2113 (SLT) |
| **NAME OF CASE:** | RAVENELL V. AVIS BUDGET GROUP, INC. ET AL |
| **FOR PLAINTIFF(S):** | Lesser & Hild |
| **FOR DEFENDANT(S):** | Gost, Hank & Markey |
| **NEXT CONFERENCE:** | **SEPTEMBER 20, 2012 AT 11:30 A.M., IN-PERSON** (See rulings below) |

**RULINGS FROM STATUS CONFERENCE:**

The scope of defendants' privilege waiver by virtue of invocation of advice of counsel in support of defenses was clarified.

Discovery is extended to October 30, 2012.

Defendants will submit any premotion conference application in anticipation of moving to decertify the collective action aspect of this case by November 30, 2012.

**NEXT CONFERENCE: SEPTEMBER 20, 2012 AT 11:30 A.M.**

(FTR 4:53-5:28; 5:53-5:57)