# KLAFTER OLSEN & LESSER LLP

ATTORNEYS AT LAW

Two International Drive • Suite 350 • Rye Brook, NY 10573
914-934-9200 • Fax 914-934-9220 • www.klafterolsen.com

BROOKLYN OFFICE

June 11, 2013

The application is ✓ granted. ___denied.
SO ORDERED.

/s/(SLT)
_____
Sandra L. Townes, U.S.D.J.
Dated: June 18, 2013
Brooklyn, New York

**BY E-FILING & FEDERAL EXPRESS**
Honorable Sandra L. Townes
United States District Court
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Ravenell, et al. v. Avis Budget Car Rental, LLC, et al.*, No. 08-cv-2113-SLT-SMG

Dear Judge Townes:

   On behalf of Plaintiffs, we write to request an extension of time to respond to Defendants' Motion for Decertification. Plaintiffs' response is currently due on June 17, 2013 but, due to other pressing business and personal matters, Plaintiffs request an extension until July 10, 2013 to respond to Defendants' motion. This is Plaintiffs' first request for an extension of time to respond.

   The parties have conferred, and Defendants consent to this request. Under this new schedule, Defendants' reply memorandum must be served by August 2, 2013 and Defendants will submit the full briefing to Chambers on August 5, 2013.

   We thank the Court for its attention to this matter.

Respectfully submitted,

Seth R. Lesser

Cc:   Counsel of Record by ECF

KOL

NEW YORK • NEW JERSEY • WASHINGTON, DC